# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 23, 2013

147452 & (70)

In re STRINGER/DEBOSE, Minors.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 147452
COA: 313622
Wayne CC Family Division:
09-491104-NA

_____/

On order of the Court, the motion to add issues is GRANTED. The application for leave to appeal the June 27, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 23, 2013



Clerk

t0820